UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MONETHA S.,
    *Plaintiff*,          Civil No. 24-12529

v.

COMMISSIONER                       Hon. Anthony P. Patti
OF SOCIAL SECURITY,           United States Magistrate Judge

        *Defendant*.
_____/

**JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                         s/ Anthony P. Patti
                                         ANTHONY P. PATTI
                                         United States Magistrate Judge

Dated: December 13, 2024